JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
T: 415.577.0698
F: 866.410.6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Technology Licensing Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Technology Licensing Company, Inc.<br><br>Plaintiff,<br><br>v.<br><br>ON Corporation US, Inc.<br><br>Defendant | Case No. C 12-01513 (JSW)<br><br>**REQUESTS FOR APPEARANCE BY TELEPHONE AT THE JULY 27 HEARING AND [~~PROPOSED~~ ORDER]**<br><br>Judge: Honorable Jeffrey S. White |

# REQUESTS FOR TELEPHONE APPEARANCE

Plaintiff Technology Licensing Company, Inc. ("TLC") hereby requests that its counsel, Mr. John W. Carpenter, attend the initial Case Management Conference (CMC), currently scheduled for **Friday, July 27, 2012** at **1:30 p.m.** by telephone. TLC's counsel, Mr. John W. Carpenter, maintains his offices at 12 Metairie Court, Metairie, Louisiana but is currently in Florida because of family matters. He can be reached at Florida telephone number (941) 828-1432 or his mobile phone number (415) 577-0698. It will save TLC a significant amount of legal fees and costs if Mr. Carpenter is given permission to attend the initial CMC by telephone.

DATED: July 6, 2012

Respectfully submitted,

By:   /s/ John W. Carpenter
JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
T: 415.577.0698
F: 866.410.6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Technology Licensing Company, Inc.*

## [PROPOSED] ORDER

The Case Management Conference (CMC), currently scheduled for **Friday, July 27, 2012** at **1:30 p.m.**, may be telephonically attended by TLC's counsel, Mr. John W. Carpenter. The court personnel will initiate the conference call by dialing counsel's telephone number.

John W. Carpenter shall be available at telephone number (941) 828-1432 (land line, first choice) and (415) 577-0698 (cell phone, alternative choice).

[Alternatively, John W. Carpenter is directed to dial the Court's conference call telephone number (415) _____.]

PURSUANT TO REQUESTS AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 9, 2012

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE