R. TREVOR CARTER (*pro hac vice*)
ANDREW M. MCCOY (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian St.
Suite 2700
Indianapolis, IN 46204
Telephone: 317.237.0300
Facsimile: 317.237.1000
Email: trevor.carter@faegrebd.com
Email: andrew.mccoy@faegrebd.com

MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

*Attorneys for Defendant*
ON Corp US, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ON CORP US, INC., <br><br> Defendant. | Civil Action No. 3:12-cv-01513 JSW <br><br> **STIPULATION FOR EXTENSION OF DEADLINES UNDER PATENT L.R. 3.3, 3.4, 4.1, AND 4.2 AND ORDER THEREON** <br><br> Judge: Honorable Jeffrey S. White |

Pursuant to Civil L.R. 6-2 and 7-12, Defendant ON Corp US, Inc. ("ON Corp") and Plaintiff Technology Licensing Company, Inc. ("TLC") (collectively the "Parties") respectfully request the Court grant this stipulated requested for an Order extending the deadlines for: (1) ON Corp to serve its preliminary invalidity contentions; (2) the Parties to exchange their respective lists of claim terms for claim construction; and (3) the Parties to exchange their respective preliminary constructions and extrinsic evidence. In support of this stipulated request, the Parties state as follows:

1. As set forth in the Joint Case Management Statement (Dkt. 27), which was adopted by the Court on July 27, 2012 (*see* Dkt. 28), ON Corp is currently required to serve its preliminary invalidity contentions under Patent L.R. 3-3 and 3-4 on or before September 24, 2012. Additionally, the Parties are currently scheduled to exchange their respective proposed terms and elements for construction under Patent L.R. 4-1 on or before October 1, 2012. *See* Dkt. 27 at p. 10. And Finally, the Parties are currently scheduled to exchange their preliminary claim constructions and extrinsic evidence on or before November 1, 2012. *Id.*

2. In view of ON Corp's counsel's travel schedule the week of September 24th, and also in view of the Parties' ongoing settlement communications, counsel for ON Corp requested an extension of time for ON Corp to serve its preliminary invalidity contentions and accompanying document production under Patent L.R. 3-3 and 3-4.

3. The undersigned counsel for TLC, Mr. Carpenter, agreed to the requested extension, and also noted that he would be out of the country from October 1, 2012 to October 25, 2012.

4. Accordingly, in view of the travel schedules for both ON Corp's and TLC's counsel, as well as the ongoing settlement communications between the Parties, the Parties have stipulated to the following extensions of time:

   a. ON Corp may have until October 19, 2012 to serve its preliminary invalidity contentions and accompanying document productions under Patent L.R. 3-3 and 3-4;

   b. The Parties shall exchange their respective proposed terms and elements for construction under Patent L.R. 4-1 on or before October 29, 2012; and

   c. The Parties shall exchange their preliminary claim constructions and extrinsic evidence under Patent L.R. 4-2 on or before November 19, 2012.

5. No other modifications to the Joint Case Management Statement—whether by stipulation or Court Order—have occurred in the above-captioned matter.

6. The present stipulated request for extension will not impact any other deadlines set forth in the Joint Case Management Statement.

WHEREFORE, ON Corp and TLC respectfully request the Court grant this stipulated request and enter an Order: (1) extending the Patent L.R. 3-3 and 3-4 deadline for ON Corp to serve its preliminary invalidity contentions to October 19, 2012; (2) extending the Patent L.R. 4-1 deadline for the Parties to exchange proposed terms and elements for construction to October 29, 2012; and (3) extending the Patent L.R. 4-2 deadline for the Parties to exchange preliminary constructions and extrinsic evidence to November 19, 2012.

Dated: September 20, 2012         Respectfully submitted,

By: ___/s/ ANDREW M. MCCOY___
R. TREVOR CARTER (*pro hac vice*)
ANDREW M. MCCOY (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Telephone: 317.237.0300
Facsimile: 317.237.1000
Email: trevor.carter@faegrebd.com
Email: andrew.mccoy@faegrebd.com

MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

*Attorneys for Defendant, ON Corp US, Inc.*

By: ___/s/ JOHN W. CARPENTER___
JOHN W. CARPENTER (State Bar No. 221708)
Law Offices of John W. Carpenter, LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: (415) 577-0698
Facsimile: (866) 410-6248
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff, Technology Licensing Company, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 21, 2012

Honorable Jeffrey S. White
United States District Judge

---

-4-

STIPULATION FOR EXTENSION OF DEADLINES UNDER PATENT L.R. 3.3, 3.4, 4.1, AND 4.2
Civil Action No. 3:12-cv-01513 JSW