1  R. TREVOR CARTER (*pro hac vice*)
2  ANDREW M. MCCOY (*pro hac vice*)
   Faegre Baker Daniels LLP
3  300 N. Meridian St.
   Suite 2700
4  Indianapolis, IN 46204
   Telephone:  317.237.0300
5  Facsimile:  317.237.1000
   Email: trevor.carter@faegrebd.com
6  Email: andrew.mccoy@faegrebd.com

7  MICHAEL E. DERGOSITS (State Bar No. 118206)
8  IGOR SHOIKET (State Bar No. 190066)
   DERGOSITS & NOAH LLP
9  Three Embarcadero Center, Suite 410
   San Francisco, CA 94111
10 Telephone: (415) 705-6377
   Facsimile: (415) 705-6383
11 Email:  mdergosits@dergnoah.com
12 Email:  ishoiket@dergnoah.com

13 *Attorneys for Defendant, ON Corp US, Inc.*

14

15                  IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 TECHNOLOGY LICENSING COMPANY,          )   Civil Action No. 3:12-cv-01513 JSW
   INC.,                                  )
19                                        )   **STIPULATION AND [PROPOSED**
                                          )   **ORDER] FOR DISMISSAL OF ACTION**
20         Plaintiff,                     )   **WITH PREJUDICE**
                                          )
21                                        )
           vs.                            )   Judge: Honorable Jeffrey S. White
22                                        )
                                          )
23 ON CORPORATION US, INC.,               )
                                          )
24                                        )
           Defendant.                     )
25 _____    )

26         Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated

27 by and between Plaintiff, Technology Licensing Company, Inc. ("TLC") and Defendant, ON Corp US,

28

Inc. ("ON Corp"), by and through their respective counsel of record, that all of TLC's claims against ON Corp shall be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED**

Dated: October 19, 2012                                Respectfully submitted:


                                                       /s/ R. TREVOR CARTER
                                                       R. TREVOR CARTER (*pro hac vice*)
                                                       ANDREW M. MCCOY (*pro hac vice*)
                                                       Faegre Baker Daniels LLP
                                                       300 North Meridian Street, Suite 2700
                                                       Indianapolis, IN 46204
                                                       Telephone: 317.237.0300
                                                       Facsimile: 317.237.1000
                                                       Email: trevor.carter@faegrebd.com
                                                       Email: andrew.mccoy@faegrebd.com

                                                       MICHAEL E. DERGOSITS (State Bar. No. 118206)
                                                       IGOR SHOIKET (State Bar No. 190066)
                                                       DERGOSITS & NOAH LLP
                                                       Three Embarcadero Center, Suite 410
                                                       San Francisco, CA 94111
                                                       Telephone: (415) 705-6377
                                                       Facsimile: (415) 705-6383
                                                       Email: mdergosits@dergnoah.com
                                                       Email: ishoiket@dergnoah.com

                                                       *Attorneys for Defendant, ON Corp US, Inc*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Daniel Remer
Daniel Remer (State Bar No. 83702)
Technology Licensing Company
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 235-3202
Facsimile: (415) 276-9857
Email: dan@danielremer.com

*Attorney for Plaintiff, Technology Licensing Company, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____October 22, 2012_____         _____
                                              Honorable Jeffrey S. White
                                              United States District Judge

-3-